IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                    **CASE NO. 5:22-CR-50064-002**

**DANIELLE PENNINGTON**                                                **DEFENDANT**

## ORDER

Currently before the Court is Defendant Danielle Pennington's *pro se* Motion for Reduction in Sentence (Doc. 112). On September 11, 2023, she was sentenced to seventy-eight months of incarceration following her guilty plea to the charge of distribution of a mixture or substance containing methamphetamine. In the Motion she filed on June 11, 2024, Ms. Pennington claims she has been rehabilitated and cites as proof the fact that she completed drug education at the Bureau of Prisons and was selected to participate in the dog training program. She asks for early release.

The Court congratulates Ms. Pennington for the efforts she has made in trying to improve herself while incarcerated. Particularly impressive is her acceptance to the dog training program, which will afford her valuable skills and pave the way for gainful employment following her release from prison. Unfortunately, however, the Court may only grant a reduction in sentence if certain extraordinary and compelling circumstances exist, and post-conviction rehabilitation alone does not qualify. *See* 28 U.S.C. § 994(t) ("Rehabilitation of the defendant alone shall not be considered an extraordinary and compelling reason."); U.S.S.G. § 1B1.13 cmt. n.3 ("Pursuant to 28 U.S.C. § 994(t), rehabilitation of the defendant is not, by itself, an extraordinary and compelling reason for

purposes of this policy statement."). Ms. Pennington is encouraged to continue to make progress toward her personal rehabilitative goals.

**IT IS THEREFORE ORDERED** that that the Motion for Reduction in Sentence (Doc. 112) is **DENIED**.

**IT IS SO ORDERED** on this **6th** day of August, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE